Notice of Available Chapters (Rev. 4/98)                                                1998 USBC, Central District of California

Name:    **Jason Wallach**
Address: **Berger Kahn Shafton Moss, et al.**
         **4215 Glencoe Avenue**
         **2nd Floor**
         **Marina del Rey, CA 90292**

Telephone: **310-821-9000**          Fax: **310-576-6178**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT || |
|---|---|---|
| **Central District of California** || |
| List all names including trade names, used by Debtor(s) within last 6 years: **Joseph Matthew Singer** || Case No. |
| Social Security No.  **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**, Debtor  Debtor(s) EIN No. || **NOTICE OF AVAILABLE CHAPTERS** |

1. Section 342(b) of 11 U.S.C. ("The Bankruptcy Code") states: "Prior to the commencement of a case under this title by an individual whose debts are primarily consumer debts, the clerk shall give written notice to such individual that indicates each chapter of this title under which such individual may proceed."

2. You are eligible to file under Chapter 7, whereby debts are discharged and your non-exempt assets are liquidated by the trustee for the benefit of your creditors.

3. You are eligible to file under Chapter 11 for debt reorganization upon payment of the additional fee required.

4. If your noncontingent, liquidated debts are less than $269,250.00 unsecured and $807,750.00 secured (11 U.S.C. § 109(e)), you are also eligible to file under Chapter 13 and to use future income to pay all or a portion of your debts.

5. If you are a family farmer, with a regular annual income, as defined by 11 U.S.C. § 101 (18)(19), you are eligible to file under Chapter 12.

6. To determine which chapter to file under, it is recommended that you consult an attorney.

                                                                Jon D. Ceretto
                                                                Clerk of Court

I HAVE READ THE ABOVE "NOTICE OF AVAILABLE CHAPTERS."

_____                           ___8/7/01_____
Signature of Debtor                                  Date

**If the Court has previously ordered that you may not file bankruptcy for 180 days or any other period, you may not file bankruptcy without prior leave of the Court.**

**UNITED STATES BANKRUPTCY COURT**

**Central District of California**

In re:

**Joseph Matthew Singer**                        Case No. _____

**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**

## Certification of Substantial Compliance

I certify that the foregoing computer generated documents, prepared with COLLIER TOPFORM, comply with Local Rule 103(2)(b) and contain the same substance as the Official Bankruptcy Forms available and applicable at this time.

Dated: 8/7/01

_Jason Wallach_
**Jason Wallach**
Bar Number **75535**
**Berger Kahn Shafton Moss, et al.**
**4215 Glencoe Avenue**
**2nd Floor**
**Marina del Rey, CA 90292**
**310-821-9000**