Verification of Creditor Mailing List - (Rev. 6/98)                                     1998 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Rule 1007-2(4)

Name      Jason Wallach
Address   Berger Kahn Shafton Moss, et al.
          4215 Glencoe Avenue
          2nd Floor
          Marina del Rey, CA 90292
Telephone 310-821-9000

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

### UNITED STATES BANKRUPTCY COURT
### Central District of California

| List all names including trade names, used by Debtor(s) within last 6 years: | Case No. |
|---|---|
| | Chapter 7 |
| Joseph Matthew Singer | |
| Social Security No. 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      Debtor | |
| Debtor(s) EIN No. | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5.00** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(4) and I/we assume all responsibility for errors and omissions.

Date: 8/7/01

Joseph Matthew Singer, Debtor

Jason Wallach, Attorney