
Joseph Matthew Singer
2337 Solano Drive
Camarillo, CA   93012

Jason Wallach
Berger Kahn Shafton Moss, et al.
4215 Glencoe Avenue, 2nd Floor
Marina del Rey, CA   90292

Case 9:01-bk-12698-RR    Doc 5-1    Filed 08/13/01    Entered 08/13/01 00:00:00    Desc
Main Document    Page 1 of 6

Addictive Sportswear
121-7011 Elmbridge Way
V7C-4VS
Richmond BC

Airborne
3131 Elliott Avenue
Seattle, WA  98121

Barney Castro
Apartado Postal 4-95
Puerto Vallarta
JAL CP 48321 Mexico

Ben Levy/Computer Consulting
Ben Levy
2723 South Canfield Avenue
Los Angeles, CA  90034

BLS Limousine
2860 North Fletcher Drive
Los Angeles, CA  90039

DHL Worldwide
P.O. Box 78016
Phoenix, AZ  85062

Donahue Printing
5716 West Jefferson Boulevard
Los Angeles, CA  90016

Dr. Richard Gilbert
2730 Wilshire Boulevard
Suite 630
Santa Monica, CA  90403

Exotic Car Rentals
1723 Wilshire Boulevard
Santa Monica, CA  90403

Forest Pate/Suzanne Pate
11728 Kiowa
Apartment 3
Los Angeles, CA  90049

Franchise Tax Board
P.O. Box 2952
Sacramento, CA  95812-2952

Greenberg, Glusker, Fields, Claman,
Machtinger & Kinsella, LLP
1900 Avenue of the Stars
22nd Floor
Los Angeles, CA  90067

Internal Revenue Service
IRS Special Procedures Branch
HQ 5420
P.O. Box 99
San Jose, CA  95103-0099

Jerome Leventhal Accountancy Corp.
Jerome Leventhal, CPA
20501 Ventura Boulevard
Suite 190
Woodland Hills, CA  91364

Jobtrak
1964 Westwood Boulevard
3rd Floor
Los Angeles, CA  90025

Joe Kessler
c/o River Communications
1 Bridge Street
WW # 50
Irvington, NY  10533

JP Travel
103 Mill Plain Road
Danbury, CT  06811

Le Courier, Inc.
2107 West Alameda Avenue
Burbank, CA  91506

Lions Gate Films, Inc.
& all other related entities
2 Bloor Street West
Suite 1901
Toronto, Canada M4W 3E2

London Temporary Services
21241 Ventura Boulevard
Suite 166
Woodland Hills, CA  91364

Music Express
2601 Empire Avenue
Burbank, CA  91504

Network Temporary Services
Post Office Box 911673
Dallas, TX  75391

Noreen Mills
1338 Amherst
Unit 101
Los Angeles, CA  90025

Northwest Jet
7000 Merrill Avenue
Box 34 Hangar 31
Chino, CA  91710

NYS Income Tax
P.O. Box 61000
Albany, NY  12261-0001

Office Team
Post Office Box 1589
Albany, NY  1220

Paragon Business Management
Mike Harris
311 North Robertson, # 900
Beverly Hills, CA  90211

Paragon Business Management
Mike Harris
1725 South Genesee Avenue
Los Angeles, CA  90019

Pepe Aramayo
834 9th Street
Apartment A
Santa Monica, CA  90403

Prehn, Gordon, Hensley, Gatens
c/o David Meyer
Gorry & Meyer, LLP
2029 Century Park East, Suite 400
Los Angeles, CA  90067

Prometheus Labs, Inc.
5739 Pacific Center Boulevard
San Diego, CA  92121

Provident
10345 West Olympic Boulevard
2nd Floor
Los Angeles, CA  90064

Scripps/Scripps Memorial Encinitas
Post Office Box 501478
San Diego, CA   92150

William Dorfmann, D.D.S.
2080 Century Park East
Los Angeles, CA   90067