| Attorney or Party Name, Address, Telephone and Fax No. and CA State Bar No. | FOR COURT USE ONLY |
|---|---|
| Jason Wallach<br>75535<br>4215 Glencoe Avenue<br>2nd Floor<br>Marina del Rey, CA 90292<br><br>310-821-9000<br>310-578-6178<br><br>*Attorney for Debtor Joseph Matthew Singer* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Joseph Matthew Singer<br>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 | CHAPTER __7__<br>CASE NUMBER |
|---|---|
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* __August , 2001__ , I agreed with the Debtor that for a fee of __$3,500.00__, I would provide only the following services:

   a. ☒ Prepare and file the Petition and Schedules

   b. ☒ Represent the Debtor at the 341(a) Hearing

   c. ☐ Represent the Debtor in any relief from stay actions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other *(specify)*:

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: August , 2001

I HEREBY APPROVE THE ABOVE:

*Joseph Matthew Singer, Signature of Debtor*

_____
*Signature of Joint Debtor*

**Berger Kahn Shafton Moss, et al.**
*Law Firm Name*

By: *Jason Wallach* (signature)

Name: **Jason Wallach**
*Attorney for Debtor*

Case 9:01-bk-12698-RR    Doc 7-1    Filed 08/13/01    Entered 08/13/01 00:00:00    Desc
claration Re: Limited Scope of Appearance - Page Two (
Main Document    Page 2 of 2

F 2090-1.1

| In re: | | CHAPTER | 7 |
|---|---|---|---|
| Joseph Matthew Singer<br>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 | Debtor. | CASE NUMBER | |

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF  **Los Angeles**

I am employed in the County of **Los Angeles** State of California.
I am over the age of 18 and not a party to the within action. My business address is as follows:

**4215 Glencoe Avenue
2nd Floor
Marina del Rey, CA 90292**

On **August 10, 2001**, I served the foregoing document described as: DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties at their last known address by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at  **Marina del Rey, California**
California, addressed as follows:

**Joseph Matthew Singer
2337 Solano Drive
Camarillo, CA  93012**

❏   Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 13, 2001

Constance Christopher
Type Name

*Constance Christopher*
Signature