# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: JOSEPH MATTHEW SINGER<br>2337 SOLANO DRIVE<br>CAMARILLO, CA 93012 | CHAPTER NO.: 7 |
|---|---|
| | CASE NUMBER: ND01-12698RR |

# CASE COMMENCEMENT DEFICIENCY NOTICE

To Debtor and Debtor's Attorney of Record,

**YOUR CASE WILL BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

A. You must cure the following within 15 days from filing of your petition:

   1. Summary of Schedules (Form B6) [Local Rule 1002-1(7)]
   2. Signed Declaration Concerning Debtor's Schedules (Form B6) [Local Rule 1002-1(7)]
   3. Disclosure of Compensation of Attorney for Debtor, Certified by Attorney [11 U.S.C. §329;F.R.B.P. 2016(b)

B. You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. §521] within 30 days from filing petition Form B8. [Local Rule 1002-1(7)]

C. ☐ OTHER: _____

For all items above you must file the original and the following number of copies [Local Rule 1002-1]:

- Chapter 7/12/13    1 Original and 4 Copies
- Chapter 9/11       1 Original and 7 Copies

Please return the original or copy of this form with all required items to the following location:

- 1415 State Street, Santa Barbara, CA 93101

If you have any questions, please contact the below-referenced Deputy Clerk:

JON D. CERETTO, CLERK OF COURT

Dated: 08/13/2001     By: __BRIAN MCDONALD__
                          Deputy Clerk, Tel: (805) 884-4800

**MEGA CASE REQUIREMENTS ARE SET BY ADMINISTRATIVE ORDER**