# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:  JOSEPH MATTHEW SINGER | CHAPTER NO.: 7 |
|---|---|
| 2337 SOLANO DRIVE  CAMARILLO, CA 93012 | CASE NUMBER: ND01-12698RR |

## ORDER TO COMPLY WITH BANKRUPTCY RULES 1007 AND 3015(b) AND NOTICE OF INTENT TO DISMISS CASE UNDER 11 U.S.C. § 109(g)(1)

TO: JASON WALLACH
   4215 GLENCOE AVE, 2ND FL
   MARINA DEL REY, CA 90292

**To Debtor and Debtor's Attorney of Record,
YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:**
1. Schedules: A _x_  B _x_  C _x_  D _x_  E _x_  F _x_  G _x_  H _x_  I _x_  J _x_
2. Signed Statement of Financial Affairs
3. ☐ Other: _____

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with notation 'None' marked thereon.**

According to Bankruptcy Rules 1007 and 3015(b), <u>within fifteen (15) days after you filed the petition,</u> **YOU MUST EITHER:**

(1) File the above-referenced documents and the proper number of copies [Local Rule 1002-1]:

   Chapter 7/12/13   1 Original and 4 Copies
   Chapter 9/11      1 Original and 7 Copies

**OR**

(2) File and serve a motion for an order extending the time to file the required documents(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY,** in a timely manner with either of the above alternatives, the Court will:

- Dismiss your case without further notice; and
- Consider this a willful failure to abide by a court order within the meaning of 11 U.S.C. §109(g)(1). This means that if you are an individual or a family farmer [11 U.S.C. §109(g)(1)], you will not be eligible to file another bankruptcy petition for 180 days. Unless an appropriate order of the Court is first obtained, even if you manage to file another bankruptcy petition within 180 days from the date this order is entered, you will not be protected by the Bankruptcy Code's automatic stay. Notwithstanding filing of this subsequent petition, the automatic stay will not prevent creditors from evicting you or foreclosing on and selling your property.

**BY ORDER OF THE COURT**
Dated: 08/13/2001

JON D. CERETTO, CLERK OF COURT
By: __BRIAN MCDONALD__
   Deputy Clerk, Tel: (805) 884-4800