| IN RE:<br>SINGER, JOSEPH MATTHEW<br>DEBTOR(S) | CASE NUMBER: ND01-12698RR |
|---|---|

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am a resident of the county aforesaid, I am over the age of 18 years and not a party of the within entitled action; my business address is:

U.S. Bankruptcy Court
1415 State Street,
Santa Barbara, CA 93101

I served the within    (X) Case commencement Deficiency Notice
(X) Order to Comply

AUG 13 2001
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                                  Deputy Clerk

on ___08/13/2001___, to the debtor(s) and debtor's attorney in said action by placing a true copy thereof enclosed in sealed envelope with postage thereon, fully prepaid, in the United States mail at 1415 State Street, Santa Barbara, CA 93101 addressed as follows:

| DEBTOR(S) NAME: | ATTORNEY(S) NAME: |
|---|---|
| SINGER, JOSEPH MATTHEW | WALLACH, JASON |

| DEBTOR(S) ADDRESS: | ATTORNEY(S) ADDRESS: |
|---|---|
| 2337 SOLANO DRIVE | 4215 GLENCOE AVE, 2ND FL |
| CAMARILLO, CA 93012 | MARINA DEL REY, CA 90292 |

Executed on ___08/13/2001___ At Santa Barbara, CA 93101.

I declare, under penalty of perjury, that the foregoing is true and correct.

_____
Deputy Clerk's Signature