Form B6 - (6/90)                                                                                                         1998 USBC, Central District of California

# United States Bankruptcy Court
# Central District of California

| In re | Joseph Matthew Singer | Debtor. | Case No.: ND 01-12698 RR (If known) |

## SUMMARY OF SCHEDULES

FILED AUG 28 2001

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 8,230.85 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 397,371.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 2,526,153.80 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 12,510.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 19,589.00 |
| Total Number of sheets in ALL Schedules | | 21 | | | |
| Total Assets | | | $ 8,230.85 | | |
| Total Liabilities | | | | $ 2,923,525.50 | |

15-28/40