Form B6A - (10/89)

1995 USBC, Central District of California

In re **Joseph Matthew Singer**, Debtor.

Case No.: (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | $ 0.00 | $ 0.00 |
| | | Total ➤ | $ 0.00 | |

(Report also on Summary of Schedules.)