Form B6B - (10/89)                                                                                     1998 USBC, Central District of California

| In re **Joseph Matthew Singer** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash | | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HSBC Bank USA<br>Account # 178-009474 | C | 5.85 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Charles Channel<br>2470 Brigden Road<br>Pasadena, CA 91104 | | 3,200.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furniture | | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Personal books, screenplays, photographs, painting | | 500.00 |
| 6. Wearing apparel. | | Used men's clothing | | 1,000.00 |
| 7. Furs and jewelry. | | Watch-Concord | | 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Fishing reels and rods, tackle, weightlifting | | 500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Company - US Life insurance<br>Face $3,500,000<br>Beneficiaries: father and Kim Zubick, Chicago, IL 60631 | | unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Joseph M. Singer Entertainment, Inc.<br>100% ownership of California corporation | | unknown |
| | | Joseph M. Singer Productions, Inc.<br>100% ownership of defunct corporation | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Form B6B - (10/89)                                                                                                   1998 USBC, Central District of California

| In re **Joseph Matthew Singer** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claim against Helkon A.G. for breach of contract and other claims; partially owned by Joseph M. Singer Entertainment | | unknown |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | iBook, iMac, printer, desk, bookshelf | | 600.00 |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | 2 Irish wolfhounds (3 & 4) | | 100.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | Contract rights to producers fee on It Takes A Thief and other projects if ever made. | | unknown |

Form B6B - (10/89)                                                                                  1998 USBC, Central District of California

| In re Joseph Matthew Singer | | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | | **Potential profit participation in Dr. Doolittle, Dante's Peak, Daylight, Courage Under Fire, Mercury Rising and Dudley Do-Right** | | unknown |

_2_ continuation sheets attached                                                           $ 8,230.85

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)