B6E
(Rev.4/98)

In re:    **Joseph Matthew Singer**_____ ,    Case No. _____
                                 Debtor                                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

\* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>2</u>  Continuation sheets attached

FORM B6E - Cont.
(10/89)

In re: __Joseph Matthew Singer_____, Case No. _____
       Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95012-2952 | | | 2000-2001 est. Income Taxes | | | | unknown | unknown |
| ACCOUNT NO.<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | 1999 est. Income Taxes | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | 1998 Income Taxes | | | | 77,404.20 | 77,404.20 |
| ACCOUNT NO.<br>Internal Revenue Service<br>IRS Special Procedures Branch<br>HQ 5420<br>P.O. Box 99<br>San Jose, CA 95103-0099 | | | 2000-2001 est. Income Taxes | | | | unknown | unknown |
| ACCOUNT NO.<br>Internal Revenue Service<br>IRS Special Procedures Branch<br>HQ 5420<br>P.O. Box 99<br>San Jose, CA 95103-0099 | | | 1999 est. Income Taxes | | | | 0.00 | 0.00 |
| ACCOUNT NO.<br>Internal Revenue Service<br>IRS Special Procedures Branch<br>HQ 5420<br>P.O. Box 99<br>San Jose, CA 95103-0099 | | | 1998 Income Taxes | | | | 311,567.50 | 311,567.50 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Total of this page) ➤ $388,971.70

Total (Use only on last page of the completed Schedule E.) ➤

(Report total also on Summary of Schedules)

FORM B6E - Cont.
(10/89)

In re: **Joseph Matthew Singer**, Case No. _____
         Debtor                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Rachel Olander<br>10551 Rose Avenue, # 322<br>Los Angeles, CA 90034 | | | 2001 independent contractor | | | | 8,400.00 | 3,300.00 |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Total of this page) > **$8,400.00**

Total (Use only on last page of the completed Schedule E.) > **$397,371.70**

(Report total also on Summary of Schedules)