Form B6F (Official Form 6F) - (Rev. 9/97)                                                                                          1998 USBC, Central District of California

| In re | Joseph Matthew Singer | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Addictive Sportswear <br> 121-7011 Elmbridge Way <br> V7C-4VS <br> Richmond BC | | X | Business | | X | | 3,700.00 |
| ACCOUNT NO. <br> Airborne <br> 3131 Elliott Avenue <br> Seattle, WA 98121 | | X | Business | | X | | 1,000.00 |
| ACCOUNT NO. <br> Ben Levy/Computer Consulting <br> Ben Levy <br> 2723 South Canfield Avenue <br> Los Angeles, CA 90034 | | X | Business and personal | | X | | 15,000.00 |
| ACCOUNT NO. <br> BLS Limousine <br> 2860 North Fletcher Drive <br> Los Angeles, CA 90039 | | X | Business | | X | | 3,000.00 |
| ACCOUNT NO. <br> DHL Worldwide <br> P.O. Box 78016 <br> Phoenix, AZ 85062 | | X | Business | | X | | 290.00 |

_6_   Continuation sheets attached

Subtotal  ➤  $22,990.00

Total  ➤

Form B6F (Official Form 6F) - (Rev. 9/97)

1998 USBC, Central District of California

| In re | Joseph Matthew Singer | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Donahue Printing 5716 West Jefferson Boulevard Los Angeles, CA 90016 | | X | Business | | X | | 2,200.00 |
| ACCOUNT NO. Dr. Richard Gilbert 2730 Wilshire Boulevard Suite 630 Santa Monica, CA 90403 | | | Personal and business | | X | | 30,000.00 |
| ACCOUNT NO. Exotic Car Rentals 1723 Wilshire Boulevard Santa Monica, CA 90403 | | X | Business | | | | 2,800.00 |
| ACCOUNT NO. Forest Pate/Suzanne Pate 11728 Kiowa Apartment 3 Los Angeles, CA 90049 | | | Personal-Car accident | X | | | 0.00 |
| ACCOUNT NO. Franchise Tax Board P.O. Box 2952 Sacramento, CA 95812-2952 | | | Personal--1992 through 1997 | | | | 211,765.31 |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ **$246,765.31**

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)

1998 USBC, Central District of California

| In re | Joseph Matthew Singer | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Greenberg, Glusker, Fields, Claman, Machtinger & Kinsella, LLP<br>1900 Avenue of the Stars<br>22nd Floor<br>Los Angeles, CA 90067 | | X | through 7/31/2001<br>Personal and business | | | | 225,000.00 |
| ACCOUNT NO.<br>Internal Revenue Service<br>IRS Special Procedures Branch<br>HQ 5420<br>P.O. Box 99<br>San Jose, CA 95103-0099 | | | Personal--Calendar years 1992 through 1997 | | | | 972,514.38 |
| ACCOUNT NO.<br>Jerome Leventhal Accountancy Corp.<br>Jerome Leventhal, CPA<br>20501 Ventura Boulevard<br>Suite 190<br>Woodland Hills, CA 91364 | | X | Personal and business | | X | | 3,000.00 |
| ACCOUNT NO.<br>Jobtrak<br>1964 Westwood Boulevard<br>3rd Floor<br>Los Angeles, CA 90025 | | X | Business | | X | | 175.00 |
| ACCOUNT NO.<br>Joe Kessler<br>c/o River Communications<br>1 Bridge Street<br>WW # 50<br>Irvington, NY 10533 | | X | Business and personal | | X | X | 50,000.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $1,250,689.38

Total (Use only on last page of the completed Schedule F.) ➤

Form B6F (Official Form 6F) - (Rev. 9/97)

1998 USBC, Central District of California

| In re | Joseph Matthew Singer | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JP Travel 103 Mill Plain Road Danbury, CT 06811 | | | Personal | | X | | 1,700-1,800 |
| ACCOUNT NO. Lawrence Barney Castro Apartado Postal 4-95 Puerto Vallarta JAL CP 48321 Mexico | | | Personal | | | | 198,000.00 |
| ACCOUNT NO. Le Courier, Inc. 2107 West Alameda Avenue Burbank, CA 91506 | X | | Business and personal | | X | | 4,200-4,900 |
| ACCOUNT NO. Lions Gate Films, Inc. & all other related entities 2 Bloor Street West Suite 1901 Toronto, Canada M4W 3E2 | X | | Business | | X | | 350,000.00 |
| ACCOUNT NO. London Temporary Services 21241 Ventura Boulevard Suite 166 Woodland Hills, CA 91364 | X | | Business | | X | | 1,000.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▶ **$549,000.00**

Total (Use only on last page of the completed Schedule F.) ▶

Form B6F (Official Form 6F) - (Rev. 9/97) 1998 USBC, Central District of California

| In re Joseph Matthew Singer | Case No.: |
|---|---|
| Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Music Express 2601 Empire Avenue Burbank, CA 91504 | | X | Business | | X | | 4,000.00 |
| ACCOUNT NO. Network Temporary Services Post Office Box 911673 Dallas, TX 75391 | | X | Business | | X | | 3,200.00 |
| ACCOUNT NO. Noreen Mills 1338 Amherst Unit 101 Los Angeles, CA 90025 | | | Personal | | X | X | 27,826.00 |
| ACCOUNT NO. Northwest Jet 7000 Merrill Avenue Box 34 Hangar 31 Chino, CA 91710 | | X | Business | | X | | 5,500.00 |
| ACCOUNT NO. NYS Income Tax P.O. Box 61000 Albany, NY 12261-0001 | | | Personal--taxes prior to 1990 | | X | X | 0.00 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $40,526.00

Total ➤
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)

1998 USBC, Central District of California

| In re | Joseph Matthew Singer | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Office Team Post Office Box 1589 Albany, NY 1220 | | X | Business | | X | | 0.00 |
| ACCOUNT NO. Paragon Business Management Mike Harris 311 North Robertson, # 900 Beverly Hills, CA 90211 | | X | Business and personal | | X | | 150,000.00 |
| ACCOUNT NO. Paragon Business Management Mike Harris 1725 South Genesee Avenue Los Angeles, CA 90019 | | | Duplicate | | | | 0.00 |
| ACCOUNT NO. Pepe Aramayo 834 9th Street Apartment A Santa Monica, CA 90403 | | | Personal | X | X | X | 16,000.00 |
| ACCOUNT NO. Prehn, Gordon, Hensley, Gatens c/o David Meyer Gorry & Meyer, LLP 2029 Century Park East, Suite 400 Los Angeles, CA 90067 | | | Judgment--Prehn, etc., et al., v. Joseph M. Singer Productions, etc., et al. | | | | 249,340.19 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $415,340.19

Total
(Use only on last page of the completed Schedule F.)

Form B6F (Official Form 6F) - (Rev. 9/97)

1998 USBC, Central District of California

| In re | Joseph Matthew Singer | Case No.: |
| --- | --- | --- |
| | Debtor. | (If known) |

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ACCOUNT NO.<br>Prometheus Labs, Inc.<br>5739 Pacific Center Boulevard<br>San Diego, CA 92121 | | | Personal | | | | 372.50 |
| ACCOUNT NO.<br>Provident<br>10345 West Olympic Boulevard<br>2nd Floor<br>Los Angeles, CA 90064 | | X | Personal and business--2 notes | | X | | 125,000..00 |
| ACCOUNT NO.<br>Scripps/Scripps Memorial Encinitas<br>Post Office Box 501478<br>San Diego, CA 92150 | | | Personal | | | | 200.42 |
| ACCOUNT NO.<br>William Dorfmann, D.D.S.<br>2080 Century Park East<br>Los Angeles, CA 90067 | | | Personal | | | | 270.00 |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
| --- | --- |
| Subtotal ➤ (Total of this page) | $842.92 |
| Total ➤ (Use only on last page of the completed Schedule F.) | $2,526,153.80 |

(Report also on Summary of Schedules)