Form B6G - (10/89)

1995 USBC, Central District of California

| In re | Joseph Matthew Singer | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Charles Channel<br>2472 Brigden Road<br>Pasadena, CA  91104 | Home lease<br>2337 Solano<br>Camarillo, CA |
| GMAC<br>P.O. Box 53014<br>Charlotte, NC  28253-3014 | 1998 Chevrolet Suburban<br>$517.00/mo through 11/01 |