Form B6H - (6/90)                                                           1995 USBC, Central District of California

| In re | Joseph Matthew Singer | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Jobtrak<br>1964 Westwood Boulevard<br>3rd Floor<br>Los Angeles, CA  90025 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Airborne<br>3131 Elliott Avenue<br>Seattle, WA  98121 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Ben Levy/Computer Consulting<br>Ben Levy<br>2723 South Canfield Avenue<br>Los Angeles, CA  90034 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | BLS Limousine<br>2860 North Fletcher Drive<br>Los Angeles, CA  90039 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | DHL Worldwide<br>P.O. Box 78016<br>Phoenix, AZ  85062 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Donahue Printing<br>5716 West Jefferson Boulevard<br>Los Angeles, CA  90016 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Exotic Car Rentals<br>1723 Wilshire Boulevard<br>Santa Monica, CA  90403 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Greenberg, Glusker, Fields, Claman,<br>Machtinger & Kinsella, LLP<br>1900 Avenue of the Stars<br>22nd Floor<br>Los Angeles, CA  90067 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Addictive Sportswear<br>121-7011 Elmbridge Way<br>V7C-4VS<br>Richmond BC |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Jerome Leventhal Accountancy Corp.<br>Jerome Leventhal, CPA<br>20501 Ventura Boulevard<br>Suite 190<br>Woodland Hills, CA  91364 |
| | |

Form B6H - (6/90)                                                                                      1995 USBC, Central District of California

| In re | Joseph Matthew Singer | Case No.: |
|---|---|---|
| | Debtor. | (If known) |

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Provident<br>10345 West Olympic Boulevard<br>2nd Floor<br>Los Angeles, CA 90064 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Le Courier, Inc.<br>2107 West Alameda Avenue<br>Burbank, CA 91506 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Lions Gate Films, Inc.<br>& all other related entities<br>2 Bloor Street West<br>Suite 1901<br>Toronto, Canada M4W 3E2 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | London Temporary Services<br>21241 Ventura Boulevard<br>Suite 166<br>Woodland Hills, CA 91364 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Music Express<br>2601 Empire Avenue<br>Burbank, CA 91504 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Network Temporary Services<br>Post Office Box 911673<br>Dallas, TX 75391 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Northwest Jet<br>7000 Merrill Avenue<br>Box 34 Hangar 31<br>Chino, CA 91710 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Office Team<br>Post Office Box 1589<br>Albany, NY 1220 |
| Joseph M. Singer Entertainment<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Paragon Business Management<br>Mike Harris<br>311 North Robertson, # 900<br>Beverly Hills, CA 90211 |
| Joseph M. Singer Productions, Inc.<br>2337 Solano Drive<br>Camarillo<br>CA 93012 | Joe Kessler<br>c/o River Communications<br>1 Bridge Street<br>WW # 50<br>Irvington, NY 10533 |