Form B6J - (Rev. 6/94)                                                                                    1998 USBC, Central District of California

| In re | Joseph Matthew Singer | Debtor. | Case No.: | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 4,000.00 |
| Are real estate taxes included?    Yes ✓    No | | |
| Is property insurance included?    Yes ✓    No | | |
| Utilities    Electricity and heating fuel | $ | 160.00 |
| Water and sewer | $ | 90.00 |
| Telephone | $ | 850.00 |
| Other    Cell phone | $ | 600.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 750.00 |
| Clothing | $ | 600.00 |
| Laundry and dry cleaning | $ | 150.00 |
| Medical and dental expenses | $ | 200.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 25.00 |
| Life | $ | 246.00 |
| Health | $ | 540.00 |
| Auto | $ | 208.00 |
| Other    Umbrella liability | $ | 20.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    Est. income taxes - current | $ | 5,500.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 0.00 |
| Other    Back taxes - est. 1998 | $ | 5,000.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$** | **19,589.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income                                    $ _____
B. Total projected monthly expenses                                  $ _____
C. Excess income (A minus B)                                         $ _____
D. Total amount to be paid into plan each _____      $ _____
                                                  (interval)