Form B8 (Official Form 8) - (Rev. 3/98)                                                          1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Joseph Matthew Singer | | Case No.: |
|---|---|---|---|
| | | Debtor | Chapter: 7 |

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   a. *Property To Be Surrendered.*

   Description of Property                          Creditor's Name

   **None**

   b. *Property To Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date:  8/27/01                                    _____
                                                   Signature of Debtor