Form B18 (Official Form 18)
(1/98)

# United States Bankruptcy Court
## Central District of California
1415 State Street, Santa Barbara, CA 93101-2511

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

**DEBTOR(S) INFORMATION:**
SINGER, JOSEPH MATTHEW
**SSN:** 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
**EIN:** N/A
2337 SOLANO DRIVE
CAMARILLO, CA 93012

**BANKRUPTCY NO.** ND 01-12698-RR

**CHAPTER** 7



FILED
NOV 16 2001
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Date: November 16, 2001

BY THE COURT,

**Jon D. Ceretto**
Clerk of the Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

(Form rev. 1/98) VAN-30

38 /CDA

000111

Form B18 Continued
(1/98)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [*In a case involving community property:*] [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed whether the debt was included in the schedules or omitted from them. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are.

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Any party may request reopening of a bankruptcy case to determine whether a particular debt was included within the scope of the discharge. In re Beezley, 994 F. 2d 1433 (9th Cir. 1993). Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**BAE SYSTEMS**
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0973-9           User: CDA                  Page 1 of 1              Date Rcvd: Nov 16, 2001
Case: 01-12698-RR              Form ID: VAN-30            Total Served: 47

The following entities were served by first class mail on Nov 18, 2001.
D         SINGER, JOSEPH MATTHEW,    2337 SOLANO DRIVE,    CAMARILLO, CA 93012
DA        JASON WALLACH,    4215 GLENCOE AVE, 2ND FL,    MARINA DEL REY, CA 90292-5634
T         SANDRA FAHEY,    P.O. BOX 1586,    SAN LUIS OBISPO, CA 93406
1         COUNTY ASSESSOR,    COUNTY GOVERNMENT CENTER, ROOM 100,    SAN LUIS OBISPO, CA 93408
2         INTERNAL REVENUE SERVICE (HQ 5420),    P.O. BOX 99,    SAN JOSE, CA 95103-0099
3         COUNTY TAX COLLECTOR,    P.O. BOX 357,    SANTA BARBARA, CA 93102
4         TAX COLLECTOR'S OFFICE,    COUNTY OF VENTURA,    800 SOUTH VICTORIA AVE,    VENTURA, CA 93009-0001
5         UNITED STATES TRUSTEE,    221 N. FIGUEROA ST, SUITE 800,    LOS ANGELES, CA 90012-2650
6         FRANCHISE TAX BOARD,    ATTN: BANKRUPTCY,    P. O. BOX 2952,    SACRAMENTO, CA 95812-2952
7         EMPLOYMENT DEVELOPMENT DEPARTMENT,    BANKRUPTCY GROUP MIC 92E,    P.O. BOX 826880,
            SACRAMENTO, CA 94280-0001
8         JOSEPH MATTHEW SINGER,    2337 SOLANO DRIVE,    CAMARILLO, CA 93012
9         JASON WALLACH,    BERGER KAHN SHAFTON MOSS,    ET AL.,    4215 GLENCOE AVENUE,    2ND FLOOR,
            MARINA DEL REY, CA 90292
10        AIRBORNE,    3131 ELLIOTT AVENUE,    SEATTLE, WA 98121
11        BEN LEVY/COMPUTER CONSULTING,    BEN LEVY,    2723 SOUTH CANFIELD AVENUE,    LOS ANGELES, CA 90034
12        BLS LIMOUSINE,    2860 NORTH FLETCHER DRIVE,    LOS ANGELES, CA 90039
13        DHL WORLDWIDE,    P.C. BOX 78016,    PHOENIX, AZ 85062
14        DONAHUE PRINTING,    5716 WEST JEFFERSON BOULEVARD,    LOS ANGELES, CA 90016
15        DR. RICHARD GILBERT,    2730 WILSHIRE BOULEVARD,    SUITE 630,    SANTA MONICA, CA 90403
16        EXOTIC CAR RENTALS,    1723 WILSHIRE BOULEVARD,    SANTA MONICA, CA 90403
17        FOREST PATE/SUZANNE PATE,    11728 KIOWA,    APARTMENT 3,    LOS ANGELES, CA 90049
18       +FRANCHISE TAX BOARD,    P.O. BOX 2952,    SACRAMENTO, CA 95812-2952
19        GREENBERG,    GLUSKER, FIELDS, CLAMAN,    MACFITINGER & KINSELLA, LLP,    1900 AVENUE OF THE STARS,
            LOS ANGELES, CA 90067
20       +INTERNAL REVENUE SERVICE,    IRS SPECIAL PROCEDURES BRANCH,    HQ 5420,    SAN JOSE, CA 95103
21        JEROME LEVENTHAL ACCOUNTANCY CORP.,    JEROME LEVENTHAL, CPA,    20501 VENTURA BOULEVARD,
            WOODLAND HILLS, CA 91364
22        JOBTRAK,    1964 WESTWOOD BOULEVARD,    3RD FLOOR,    LOS ANGELES, CA 90025
23        JOE KESSLER,    DO RIVER COMMUNICATIONS,    1 BRIDGE STREET,    IRVINGTON, NY 10533
24        JP TRAVEI,    103 MILL PLAIN ROAD,    DANBURY, CT 06811
25        LE COURIER, INC,    2107 WEST ALAMEDA AVENUE,    BURBANK, CA 91506
26        LONDON TEMPORARY SERVICES,    21241 VENTURA BOULEVARD,    SUITE 166,    WOODLAND HILLS, CA 91364
27        MUSIC EXPRESS,    2601 EMPIRE AVENUE,    BURBANK, CA 91504
28        NETWORK TEMPORARY SERVICES,    POST OFFICE BOX 911673,    DALLAS, TX 75391
29        NOREEN MILLS,    1338 AMHERST,    UNIT 101,    LOS ANGELES, CA 90025
30        NORTHWEST JET,    7000 MERRILL AVENUE,    BOX 34 HANGAR 31,    CHINO, CA 91710
31       +NYS INCONTE TAX,    P.O. BOX 61000,    ALBANY, NY 12261-0001
32        OFFICE TEAM,    POST OFFICE BOX 1589,    ALBANY, NY 12201
33        PARAGON BUSINESS MANAGEMENT,    MIKE HARRIS,    311 NORTH ROBERTSON, # 900,    BEVERLY HILLS, CA 90211
34        PARAGON BUSINESS MANAGEMENT,    MIKE HARRIS,    1725 SOUTH GENESEE AVENUE,    LOS ANGELES, CA 90019
35        PEPE ARAMAYO,    834 9TH STREET,    APARTMENT A,    SANTA MONICA, CA 90403
36        PREHN, GORDON, HENSLEY, GATENS,    C/O DAVID MEYER,    SORRY & MEYER, LLP,    LOS ANGELES, CA 90067
37        PROMETHEUS LABS, INC.,    5739 PACIFIC CENTER BOULEVARD,    SAN DIEGO, CA 92121
38        PROVIDENT,    10345 WEST OLYMPIC BOULEVARD,    2ND FLOOR,    LOS ANGELES, CA 90064
39        SCRIPPS/STRIPPS MEMORIAL ENCINITAS,    PAST OFFICE BOX 501478,    SAN DIEGO, CA 92150
40        WILLIAM DORFMANN, D.D.S.,    2080 CENTURY PARK EAST,    LOS ANGELES, CA 90067
41        BARNEY CASTRO,    APARTADO POSTAL 4-95,    PUERTO VALLARTO, JAL CF 48321 MEX,    ,
42        LIONS GATE FILMS, INC,    2 BLOOR STREET WEST, #1901,    TORONTO, CANADA M4W 3E2,    ,
43        PREHN, GORDON, HENSLEY, GATENS,    C/O DAVID C. MEYER, ESQ.,    2029 CENTURY PARK EAST, SUITE 400,
            LOS ANGELES, CA 90067
44        NORTHWEST, JET INC.,    C/O DIANE L. MANCINELLI, ESQ.,    14751 PLAZA DRIVE, STE. J,
            TUSTIN, CA 92780

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Nov 18, 2001            Signature: _Joseph Speetjens_

000111    421260001110016